

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00510-CV

**EX PARTE** Mark **VILLARREAL**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04491
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Because it appeared that a final appealable judgment did not exist, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Thereafter, the clerk's record was filed, and it contained an order denying the motion for expunction signed by the trial court on August 12, 2014. Accordingly, the prematurely filed June 20, 2014 notice of appeal is deemed timely filed. *See* TEX. R. APP. P. 27.1(a). We lift the suspension of appellate deadlines, and ORDER the appellant's brief to be filed no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court